UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SARA HERNANDEZ,

    Plaintiff,

v.

CONSUMER COLLECTION
MANAGEMENT, INC.,

    Defendants.                            No. 15-cv-236-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 30, 2015, this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                     BY:      /s/*Caitlin Fischer*
                                                     **Deputy Clerk**

Dated:   October 5, 2015

Digitally signed by David R. Herndon
Date: 2015.10.05 10:13:46 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT